

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00496-CV

**IN THE INTEREST OF Z.K.M.W.**, a Child

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-PA-00462
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's Order of Termination is AFFIRMED.  No costs of appeal are assessed against appellant because she is indigent.

SIGNED September 20, 2023.

_____
Lori I. Valenzuela, Justice